# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : | No.: 4:17-CV-0541 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| PERMANENT EASEMENT FOR 0.06 ACRES, TEMPORARY EASEMENTS FOR 0.41 ACRES IN CHAPMAN TOWNSHIP, CLINTON COUNTY, PA, TAX PARCEL NUMBER 09-01-0058-X, 299 FALCO LANE, CHAPMAN TOWNSHIP, CLINTON COUNTY, PA, ALL UNKNOWN OWNERS, PERMANENT EASEMENT FOR 0.08 ACRES, TEMPORARY EASEMENT FOR 0.68 ACRES IN CHAPMAN TOWNSHIP, CLINTON COUNTY, PA, TAX PARCEL NUMBER 09-01-0058-Y, DOGWOOD LANE, CHAPMAN TOWNSHIP, CLINTON COUNTY, PA, CHARLES E. FALCO, SR. AS TRUSTEES UNDER THE DECLARATION OF TRUST, KNOWN AS THE FALCO FAMILY TRUST, DATED DECEMBER 23, 2004, AND ANNA M. FALCO AS TRUSTEES UNDER THE DECLARATION OF TRUST, KNOWN AS THE FALCO FAMILY TRUST, DATED DECEMBER 23, 2004, | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

AND NOW, this 18th day of May 2017, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED** that Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Partial Summary Judgment is **GRANTED**.  April 12, 2017, ECF No. 6.

                                            BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge